UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>v.<br><br>JASON JENNINGS MELTON,<br>       Defendant. | No. 3:10-cr-126<br>(Phillips/Guyton) |

## ORDER

This matter comes before the Court on the Report and Recommendation issued by Magistrate Judge H. Bruce Guyton on February 7, 2012, [Doc. 101], recommending that the Court deny Defendant's Motion to Suppress Defendant's Statements [Doc. 24] and Motion to Suppress Search Warrant and Evidence Recovered [Doc. 25]. Despite the Court's granting of Defendant's four requests for extensions of time within which to respond to the Magistrate Judge's Report and Recommendation [Docs. 105, 108, 110, 112], Defendant has not filed a timely objection, and enough time has passed since the filing of the Report and Recommendation to treat any such objections as having been waived. *See* 20 U.S.C. § 636(b); Fed. R. Crim. P. 59(b)(2).

After a careful review of this matter, the Court is in complete agreement with Magistrate Judge Guyton's conclusion that Defendant's motions to suppress should be denied. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b) and Rule 59(b) of the Federal Rules of Civil Procedure. It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that Defendant's Motion to Suppress Defendant's Statements [Doc. 24] and Motion to Suppress

Search Warrant and Evidence Recovered [Doc. 25] are hereby **DENIED**.

       **IT IS SO ORDERED**.

               **ENTER:**

                         <u>     s/ Thomas W. Phillips     </u>
                            United States District Judge