EDTN Judgment in a Criminal Case (Rev. 1/12)
Sheet 1

FILED

# United States District Court
## Eastern District of Tennessee

Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES OF AMERICA
v.
JASON JENNINGS MELTON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:10-CR-00126

A Philip Lomonaco
Defendant's Attorney

**THE DEFENDANT:**

[✓] pleaded guilty to count(s): 1 of the Indictment
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(e) | Felon in Possession of Firearms and Ammunition | August 12, 2010 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment and the Statement of Reasons. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. §3553.

[ ] The defendant has been found not guilty on count(s) ___.

[ ] All remaining counts as to this defendant in this case are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

9/13/12
Date of Imposition of Judgment

s/Thomas W. Phillips
Signature of Judicial Officer

THOMAS W. PHILLIPS, United States District Judge
Name & Title of Judicial Officer

9/18/12
Date

EDTN  Judgment in a Criminal Case (Rev. 3/04)
      Sheet 2 — Imprisonment

Judgment - Page 2 of 6

DEFENDANT: JASON JENNINGS MELTON
CASE NUMBER: 3:10-CR-00126

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **180 months**.

The Court will recommend that this sentence run consecutive to any sentence imposed due to the pending parole violations in Dekalb County Criminal Court Case Numbers 00-46(A) and 00-47(A), and Cannon County Criminal Court Case Number F20-37.

[✓] The court makes the following recommendations to the Bureau of Prisons:

    The Court recommends that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program. The court recommends that the defendant receive full credit for all time served while in federal custody. Lastly, the court recommends that the defendant be designated to the BOP facility at Butner, NC.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on 1-29-13 to USP McCreary at Pine Knot, Ky , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 3:10-cr-00126  Document 120  Filed 09/19/12  Page 2 of 6  PageID #: 758

Case 3:10-cr-00126  Document 126  Filed 02/13/13  Page 2 of 2  PageID #: 775